Byron G. Martin (#8824)
Axel Trumbo (#14816)
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone:   (801) 532-7080
Facsimile:    (801) 596-1508
bmartin@strongandhanni.com
atrumbo@strongandhanni.com

*Attorneys for Plaintiff Philadelphia Indemnity Insurance Company*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>           Plaintiff,<br><br>vs.<br><br>MISSION 1160 GSM, LLC, a limited liability company; AMBER VIEW RENTAL SPE, LLC, a limited liability company; 2 FB, INC. aka 2FB, INC FRIEDKIN INVESTMENT, a California corporation; W.P.A. ASSOCIATES, a Utah Limited Liability Company;<br><br>           Defendants. | NOTICE OF DISMISSAL WITH PREJUDICE<br><br>Civil No. 2:19-cv-00893-HCN-PMW<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Paul M. Warner |

Plaintiff, Philadelphia Indemnity Insurance Company, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby gives notice of its voluntary dismissal of the above entitled action, with prejudice, which dismissal is on account of a settlement reached between the parties. No defendant has served an answer or a motion for summary judgment in this matter.

DATED this 10th day of January, 2020.

                        STRONG & HANNI

                        */s/ Byron G. Martin*

                        Byron G. Martin
                        Axel Trumbo
                        *Attorneys for Plaintiff Philadelphia Insurance Companies*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2020, a true and correct copy of the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** was served by the method indicated below, to the following:

| | | |
|---|---|---|
| 2FB, INC. FRIEDKIN INVESTMENT<br>480 3rd St.<br>Oakland, CA  94607-3834 | (X)<br>( )<br>( )<br>( )<br>( )<br>( ) | Electronic Filing<br>U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Facsimile<br>Email |
| MISSION 1160 GSM, LLC<br>c/o Registered Agents Inc.<br>881 Baxter Drive, Suite 100<br>South Jordan, UT  84095 | (X)<br>( )<br>( )<br>( )<br>( )<br>( ) | Electronic Filing<br>U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Facsimile<br>Email |
| AMBER VIEW RENTAL, SPE, LLC<br>c/o Registered Agents Inc.<br>881 Baxter Drive, Suite 100<br>South Jordan, UT  84095 | (X)<br>( )<br>( )<br>( )<br>( )<br>( ) | Electronic Filing<br>U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Facsimile<br>Email |
| W.P.A. ASSOCIATES<br>Registered Agents, Inc.<br>7186 S. Highland Dr.<br>Salt Lake City, UT  84121 | (X)<br>( )<br>( )<br>( )<br>( )<br>( ) | Electronic Filing<br>U.S. Mail, Postage Prepaid<br>Hand Delivered<br>Overnight Mail<br>Facsimile<br>Email |

*/s/ Joan M. Pearson*